■ SAMUEL R. ROSOFF, LTD., Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.

■ MICHAEL R. SCHLANGER, Respondent, v. TAMARA COWAN et al., Appellants.— Order denying motion to dismiss under rule 107 of the Rules of Civil Practice unanimously affirmed, with $20 costs and disbursements to the respondent on the ground that the motion was not timely made. (See *Mossew* v. *To Market, Inc.*, 3 A D 2d 189.) Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of WILLIAM (BILL) ATKINSON et al., Respondents. EMANUEL L. GORDON et al., Appellants.— Resettled order unanimously affirmed. No opinion. Settle order on 10 days' notice. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ EMMA BERENDS et al. v. GEORGE FOSCANTE et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

## (March 27, 1958)

■ MADELINE WHELPLEY et al., Respondents, v. HENRY OTT, Appellant.— Application denied, with $10 costs, and the stay contained in the order to show cause dated February 14, 1958 is vacated. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of ADRIAN R. ALLAN, Deceased. ADRIAN R. ALLAN, JR., et al., as Executors of ADRIAN R. ALLAN, Deceased; VIRGINIA A. CARTER.— Motion for stay granted. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of MAX GOLDBERG, Respondent. SAM ANNIS, Appellant. — Motion for stay granted upon condition that the respondent-appellant, within 10 days after the entry of this order, gives an undertaking in the sum of $18,500, to secure payment of the amount directed to be paid under the judgment appealed from, plus the costs of this appeal. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

## SECOND DEPARTMENT, MARCH, 1958

## (March 3, 1958)

■ BERTRAND E. MOEBUS, Respondent, v. PAUL TISHMAN CO. INC., et al., Appellants, and HORN CONSTRUCTION Co., Respondent, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Murphy, Hallinan and Kleinfeld, JJ.; Wenzel, J., not voting.